UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

HBC Facilities, LLC

Debtor.
_______________________________/

Case No. 6:15-bk-07120-CCJ
Chapter 7

**AMENDED NOTICE OF RULE 2004 EXAMINATION**

LORI PATTON, as Chapter 7 Trustee of the Estate of HBC FACILITIES, LLC, through counsel, will examine **Cary Siegel as Manager of HBC Facilities, LLC** under oath on **Wednesday, May 31, 2017, at 1:30 p.m.** at the office of Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, Second Floor, Winter Park, FL 32789. The examination may continue from day to day until completed. If the examinee receives this notice less than 7 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

Dated May 19, 2017.

*/s/ Ryan E. Davis*
Ryan E. Davis, Esquire
Florida Bar No. 0179851
rdavis@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246

(407) 645-3728 (facsimile)
Attorneys for Lori Patton, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2017, a true copy of the foregoing has been delivered via:

***CM/ECF to:***

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
Kenneth D. Herron, Jr., Herron Hill Law Group, PLLC, 135 W. Central Blvd., Ste. 650, Orlando, FL 32801
Lori Patton, Trustee, P.O Box 520547, Longwood, FL 32752

***U.S. Mail to:***

HBC Facilities, LLC, 1540 International Parkway, Suite 3070, Lake Mary, FL 32746
Cary Siegel, 1841 Oakbrook Drive, Longwood, FL 32779
Brian Walsh, a/f Cary Siegel, Walsh Banks, PLLC, PO Box 2271, Orlando, FL 32802-2271

*/s/ Ryan E. Davis*
Ryan E. Davis, Esquire